# STATE OF LOUISIANA
## CERTIFICATE OF MARRIAGE

LICENSE NO. 524-299　　　　STATE FILE NO. 117

**GROOM**

| Last Name | First Name | Middle Name |
|---|---|---|
| BOUDREAUX | KEVIN | ANDREW |

Legal Residence: 4500 SHERWOOD COMMON #1503 BR, LA. 70816　　Parish: EBR　　State: LA.

Race: WHITE　　Place of Birth: WHITE CASTLE, LOUISIANA

Father's Name: FREDERICK J. BOUDREAUX, SR.　　State: LA.　　Mother's Maiden Name: BERNICE T. SAVOY　　State: LA.

**BRIDE**

| Last Name | First Name | Middle Name |
|---|---|---|
| CAPELLO | ASHLY | RAMEY |

Legal Residence: 10124 BLACK OAK BR, LA. 70815　　Parish: EBR　　State: LA.

Race: WHITE　　Place of Birth: BATON ROUGE, LOUISIANA

Father's Name: ALBERT J. CAPELLO　　State: LA.　　Mother's Maiden Name: DONNA D. RAMEY　　State: LA.

**SIGNATURE**

Bride's signature: Ashly Ramey Capello

**LICENSE TO MARRY**

Date Issued: 5-20-94　　Signature: Sheri Whalen　　Title: DEPUTY CLERK

Parish: EAST BATON ROUGE　　City: BATON ROUGE　　Time: 8:20 A.M.

Date Filed: JUNE 19, 1994 @ 8:20 A.M.

**CEREMONY**

Date: MAY 27, 1994 @ 7:00 P.M.　　Place: Baton Rouge, Louisiana　　Parish: East Baton Rouge

Person Performing Ceremony: Rev. Maynard E. Hurst Jr.　　Title: Catholic Priest

Address: 2121 N. SHERWOOD FOREST DR, BATON ROUGE, LOUISIANA 70815

**RECORDING OFFICIAL**

Date: JUN 1 1994

CEREMONY CANNOT BE PERFORMED PRIOR TO MAY 23, 1994 @ 8:20 A.M.

CONFIDENTIAL INFORMATION. THE INFORMATION BELOW WILL NOT APPEAR ON CERTIFIED COPIES OF THE RECORD.

**GROOM**: No. of this marriage: FIRST　　Education: TWO

**BRIDE**: No. of this marriage: FIRST　　Education: THREE

NONE

**EXHIBIT A**